UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**In Re: Award In The Matter of The Seniority Integration Involving Pilots of New American Airlines**

<u>**Notice of Filing of Interest Arbitration Award, Pursuant to the Railway Labor Act, Section 157**</u>

American Airlines, Inc. ("American") hereby files this interest arbitration award ("Award") pursuant to the Railway Labor Act, Section 157, Third (f), which addresses the furnishing of a "certified copy of [an] award . . . together with the papers and proceedings and a transcript of the evidence taken at the hearings, certified under the hands of at least a majority of the arbitrators, to the clerk of the district court of the United States for the district wherein the controversy arose or the arbitration is entered into, to be filed in said clerk's office as hereinafter provided." The Award was issued pursuant to an interest arbitration that was conducted in the District of Columbia (and the District of Columbia area). American will subsequently file the underlying record of the interest arbitration, pursuant to Section 157, Third (f).

No action is requested or required by this Court at this time. This notice of filing is done solely pursuant to Section 157, Third (f).

_____
Tristan Morales

Robert A. Siegel
Tristan Morales
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC 20006
(202) 383-5300

1

## CERTIFICATE OF SERVICE

Upon filing of this document with the Court, American will provide electronic service of this notice and the Award to the following parties:

**BOARD OF ARBITRATION:**
Dana Edward Eischen
Ira F. Jaffe
M. David Vaughn

**NATIONAL MEDIATION BOARD:**
Mary L. Johnson, General Counsel

**ALLIED PILOTS ASSOCIATION:**
Mark R. Myers, Esq., Attorney, APA
JAMES & HOFFMAN, P.C.
By: Steven K. Hoffman, Esq.
Edgar N. James, Esq.
Daniel M. Rosenthal, Esq.

**AMERICAN AIRLINES PILOTS COMMITTEE:**
ALLISON SLUTSKY & KENNEDY, P.C.
By: Wesley A. Kennedy, Esq.
Ryan M. Thoma, Esq.

**EAST PILOTS COMMITTEE:**
BAPTISTE & WILDER, P.C.
By: William R. Wilder, Esq.
Roland P. Wilder, Jr., Esq.

**WEST PILOTS COMMITTEE:**
BREDHOFF & KAISER, P.L.L.C.
By: Jeffrey R. Freund, Esq.
Roger Pollak, Esq.
Joshua B. Shiffrin, Esq.
ASU ALUMNI LAW GROUP
By: Marty Harper, Esq.
Kelly J. Flood, Esq.

DATED: September 15, 2016

_____
Tristan Morales